BRINKLEY v. PELL PAPER BOX CO.

No. 421P98

Case below: 130 N.C.App. 610

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Justice Wynn recused.

CARTER v. HUCKS-FOLLISS

No. 484P98

Case below: 131 N.C.App. 145

Petition by defendant (Moore Regional Hospital, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

CITY OF MONROE v. W. F. HARRIS DEV., LLC

No. 483P98

Case below: 131 N.C.App. 22

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Justice Wynn recused.

DAETWYLER v. DAETWYLER

No. 372A98

Case below: 130 N.C.App. 246

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 30 December 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

DODDER v. YATES CONSTR. CO.

No. 490P98

Case below: 131 N.C.App. 152

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Justice Wynn recused.